B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Florida

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Excel Millwork & Moulding, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-2947936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7001 Fortune Blvd.**<br>**Midway, FL**<br>ZIP Code **32343** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gadsden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Post Office Box 529**<br>**Midway, FL**<br>ZIP Code **32343** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **7001 Fortune Blvd.**<br>**Midway, FL 32343** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Excel Millwork & Moulding, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Excel Millwork & Moulding, Inc** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Robert C. Bruner**
Signature of Attorney for Debtor(s)

**Robert C. Bruner 0065876**
Printed Name of Attorney for Debtor(s)

**Robert C. Bruner, Attorney**
Firm Name

**261 Pinewood Drive**
**Tallahassee, FL 32303**

Address

**Email: robertcbruner@hotmail.com**
**(850) 385-0342  Fax: (850) 270-2441**
Telephone Number

**September  9, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Scott Campbell**
Signature of Authorized Individual

**Scott Campbell**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  9, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re **Excel Millwork & Moulding, Inc**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bridgefield Casualty Insurance Company** **P.O. Box 32034** **Lakeland, FL 33802** | **Bridgefield Casualty Insurance Company** **P.O. Box 32034** **Lakeland, FL 33802** | | | 6,031.85 |
| **CB&T** **P.O. Box 23061** **Columbus, GA 31902-3061** | **CB&T** **P.O. Box 23061** **Columbus, GA 31902-3061** | **Credit Card** | | 11,005.99 |
| **Farco Plastics Supply** **6945 Phillips Parkway Drive South** **Jacksonville, FL 32256-3009** | **Farco Plastics Supply** **6945 Phillips Parkway Drive South** **Jacksonville, FL 32256-3009** | | | 4,700.00 |
| **First National Bank of Omaha** **P.O. Box 2181** **Omaha, NE 68103-2181** | **First National Bank of Omaha** **P.O. Box 2181** **Omaha, NE 68103-2181** | **Credit Card** | | 5,422.29 |
| **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **2006 GMC** | | 5,226.42 |
| **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **2011 Ford F450** | | 23,582.69 |
| **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **Flag Credit Union** **3115 Conner Blvd.** **Tallahassee, FL 32311-3813** | **Business LOC** | | 14,213.70 |
| **Florida Department of Revenue** **Tallahassee Service Center** **267 John Knox Road** **Tallahassee, FL 32303** | **Florida Department of Revenue** **Tallahassee Service Center** **267 John Knox Road** **Tallahassee, FL 32303** | **98771 Business Partner Number** | | 29,524.36 |
| **General Electric Capital Corporation** **1010 Thomas Edison Blvd.** **Cedar Rapids, IA 52404** | **General Electric Capital Corporation** **1010 Thomas Edison Blvd.** **Cedar Rapids, IA 52404** | | | 100,929.16 (0.00 secured) |
| **Genesis Commercial Capital** **17551 Gillette Avenue** **Irvine, CA 92614** | **Genesis Commercial Capital** **17551 Gillette Avenue** **Irvine, CA 92614** | | | 7,935.86 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Excel Millwork & Moulding, Inc**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **78,742.22** |
| **James Moore CPA**<br>**5931 NW First Place**<br>**Gainesville, FL 32607** | **James Moore CPA**<br>**5931 NW First Place**<br>**Gainesville, FL 32607** | | | **10,209.55** |
| **James W. Crow**<br>**3433 Cameron Chase Drive**<br>**Tallahassee, FL 32309** | **James W. Crow**<br>**3433 Cameron Chase Drive**<br>**Tallahassee, FL 32309** | | | **4,900.00** |
| **Richelieu Hardware**<br>**3280 Green Pointe Parkway, Unit 100**<br>**Norcross, GA 30092** | **Richelieu Hardware**<br>**3280 Green Pointe Parkway, Unit 100**<br>**Norcross, GA 30092** | | | **4,824.15** |
| **Sound Commercial Storage**<br>**P.O. Box 1086**<br>**Leavenworth, WA 98826** | **Sound Commercial Storage**<br>**P.O. Box 1086**<br>**Leavenworth, WA 98826** | | | **72,061.00** |
| **Summitbridge Credit Investments**<br>**c/o Eric A. Krebs, Esq. &**<br>**Dennis H. Rowan, Esq.**<br>**1022 W 23rd Street, 6th Floor**<br>**Panama City, FL 32405** | **Summitbridge Credit Investments**<br>**c/o Eric A. Krebs, Esq. &**<br>**Dennis H. Rowan, Esq.**<br>**Panama City, FL 32405** | | | **1,212,880.59**<br><br>**(0.00 secured)** |
| **Surface One, Inc.**<br>**2421 Highway 11**<br>**Pelham, AL 35124** | **Surface One, Inc.**<br>**2421 Highway 11**<br>**Pelham, AL 35124** | **Garnishment Alabama Case No. 58-CV-2013-901261** | | **34,379.60** |
| **Tallahassee Welding & Machine Shop**<br>**P.O. Box 2472**<br>**Tallahassee, FL 32316** | **Tallahassee Welding & Machine Shop**<br>**P.O. Box 2472**<br>**Tallahassee, FL 32316** | | | **12,304.37** |
| **Talquin Fabrications Inc.**<br>**4724 Capital Circle SW**<br>**Tallahassee, FL 32305** | **Talquin Fabrications Inc.**<br>**4724 Capital Circle SW**<br>**Tallahassee, FL 32305** | | | **46,118.60** |
| **Whittelsey Wood Products**<br>**16301 NW 15th Avenue**<br>**Miami, FL 33169** | **Whittelsey Wood Products**<br>**16301 NW 15th Avenue**<br>**Miami, FL 33169** | | | **6,178.64** |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Excel Millwork & Moulding, Inc**                                                                       Case No.  _____
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 9, 2014**                                         Signature  **/s/ Scott Campbell**
                                                                                          **Scott Campbell**
                                                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Excel Millwork & Moulding, Inc
Post Office Box 529
Midway, FL 32343

Collection Bureau of America
P.O. Box 5013
Hayward, CA 94540-5013

General Electric Capital Corporatio
1010 Thomas Edison Blvd.
Cedar Rapids, IA 52404

Robert C. Bruner
Robert C. Bruner, Attorney
261 Pinewood Drive
Tallahassee, FL 32303

DLP Compressors
3289 Boyd Road
Perry, FL 32347

Genesis Commercial Capital
17551 Gillette Avenue
Irvine, CA 92614

A&M Supply
1720 Lewis Industrial Drive, Suite 2
Jacksonville, FL 32254

Edgeco
194 Candelwood Road
Bay Shore, NY 11706

Greenberg, Grant & Richards
P.O. Box 571811
Houston, TX 77057

ARC Point of Tallahassee
3520 N. Monroe Street
Tallahassee, FL 32303

Extreme Carpet Care
P.O. Box 12174
Tallahassee, FL 32317

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

ARM Solutions
P.O. Box 2929
Camarillo, CA 93011-2929

Farco Plastics Supply
6945 Phillips Parkway Drive South
Jacksonville, FL 32256-3009

James Moore CPA
5931 NW First Place
Gainesville, FL 32607

Barineau HVAC
4829 Corlett Street
Tallahassee, FL 32303

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

James W. Crow
3433 Cameron Chase Drive
Tallahassee, FL 32309

Boise Cascade
P.O. Box 50
Boise, ID 83728

First National Bank of Omaha
P.O. Box 2181
Omaha, NE 68103-2181

John C. Crow
3433 Cameron Chase Drive
Tallahassee, FL 32309

Bridgefield Casualty Insurance Company
P.O. Box 32034
Lakeland, FL 33802

Flag Credit Union
3115 Conner Blvd.
Tallahassee, FL 32311-3813

Labor Finder Tallahassee
P.O. Box 37125
Tallahassee, FL 32315

CB&T
P.O. Box 23061
Columbus, GA 31902-3061

Florida Department of Revenue
Tallahassee Service Center
267 John Knox Road
Tallahassee, FL 32303

Legion Lighting
221 Glenmore Avenue
Brooklyn, NY 11207

Mills Distributors, Inc.
P.O. Box 850144
Mobile, AL 36685-0144

Surface One, Inc.
2421 Highway 11
Pelham, AL 35124

Wilsonart, LLC
P.O. Box 905803
Charlotte, NC 28290-5803

Mowrey Law Firm
515 North Adams Street
Tallahassee, FL 32301

Tallahassee Welding & Machine Shop
P.O. Box 2472
Tallahassee, FL 32316

ZEE Medical Service
8100 E. Broadway Ave, Suite F
Tampa, FL 33619-2223

ResinArt East, Inc.
201 Old Airport Road
Fletcher, NC 28732

Talquin Fabrications Inc.
4724 Capital Circle SW
Tallahassee, FL 32305

Richelieu Hardware
3280 Green Pointe Parkway, Unit 100
Norcross, GA 30092

Tri State Office Products
P.O. Box 1260
Bainbridge, GA 39818

Ricoh USA Inc.
P.O. Box 532530
Atlanta, GA 30353

Truckers 24 Hour Roadside Service
1174 Commerce Blvd.
Midway, FL 32343

Sonitrol
P.O. Box 1678
Tallahassee, FL 32302

Valendrawers
555 Dixon Street
Lexington, NC 27292

Sound Commercial Storage
P.O. Box 1086
Leavenworth, WA 98826

Waste Pro
P.O. Box 79368
Baltimore, MD 21279

South Carolina Department of Revenue
2 South Park Circle, Suite 100
Charleston, SC 29407

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Summitbridge Credit Investments
c/o Eric A. Krebs, Esq. &
Dennis H. Rowan, Esq.
1022 W 23rd Street, 6th Floor
Panama City, FL 32405

Whittelsey Wood Products
16301 NW 15th Avenue
Miami, FL 33169

# United States Bankruptcy Court
## Northern District of Florida

In re  **Excel Millwork & Moulding, Inc**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Excel Millwork & Moulding, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  9, 2014**  
Date

**/s/ Robert C. Bruner**  
**Robert C. Bruner 0065876**  
Signature of Attorney or Litigant  
Counsel for  **Excel Millwork & Moulding, Inc**  
**Robert C. Bruner, Attorney**  
**261 Pinewood Drive**  
**Tallahassee, FL 32303**  
**(850) 385-0342 Fax:(850) 270-2441**  
**robertcbruner@hotmail.com**